■ In the Matter of JOHN T. JONES et al., Petitioners, v NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES et al., Respondents. [702 NYS2d 649] —Proceeding pursuant to CPLR article 78 to review a determination of the New York State Office of Temporary and Disability Assistance dated June 15, 1998, made after a hearing, confirming a determination of the respondent New York City Department of Social Services, which, *inter alia,* terminated public assistance, food stamps, and medical assistance benefits to the petitioner Cinemon Sobers/Jones.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

The determination to discontinue benefits was properly based on, *inter alia,* the petitioners' failure to attend scheduled meetings and to provide necessary information about their financial circumstances (*see,* Social Services Law § 101 [1]; § 131-c; 18 NYCRR 351.2 [c]; 351.6 [c] [2]; 351.21, 351.22, 352.30 [a]; *Matter of Louis v Dowling,* 216 AD2d 396; *see also, Matter of Buchanan v Wing,* 245 AD2d 634). Joy, J. P., Altman, Goldstein and Schmidt, JJ., concur.